BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, Acting
Regional Chief Counsel, Region IX
Social Security Administration
Armand D. Roth
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TRENT THOMAS SMITH, | Case No.: 2:11-CV-03128 AC |
|     Plaintiff, | |
| vs. | STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| CAROLYN COLVIN, ACTING COMM. OF SSA, | |
|     Defendant | |

It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Trent Thomas Smith will be awarded attorney fees in the amount of SEVEN THOUSAND and NO CENTS DOLLARS ($7,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d), 1920.

After the Court issues an order for EAJA fees to Trent Thomas Smith, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the

STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) - 1

United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Trent Thomas Smith, but if the Department of the Treasury determines that Trent Thomas Smith does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered to John V. Johnson.

This stipulation constitutes a compromise settlement of Trent Thomas Smith's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Trent Thomas Smith and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: July 22, 2013

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: July 22, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, Acting
Regional Chief Attorney, Region IX
Social Security Administration

/ s / Armand D. Roth
ARMAND D. ROTH
Special Assistant U.S. Attorney

////
////
////
////
////
////
////
////

STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) - 2

1

**ORDER**

2

   APPROVED AND SO ORDERED.

3

DATED:  October 10, 2013

4

5

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

6

7

8

/mb;smit3128.eaja.stip

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT (EAJA) - 3